**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1528

USRP (GANT 1), LLC; USRP (GANT 2), LLC,

Plaintiffs - Appellees,

versus

BILLY WAYNE LANGSTON, JR., d/b/a Pit & Pump
Tanks & Equipment, Incorporated,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (4:04-cv-00143-D)

Submitted: November 30, 2006          Decided: January 17, 2007

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Wayne Langston, Jr., Appellant Pro Se. Richard C. Gaskins, Jr., Michael T. Champion, MOORE & VAN ALLEN, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Wayne Langston, Jr., appeals the district court's order granting summary judgment in favor of USRP (Gant 1), LLC, and USRP (Gant 2), LLC ("USRP") on USRP's complaint seeking damages for environmental remediation costs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See USRP v. Langston, No. 4:04-cv-00143-D (E.D.N.C. Mar. 13, 2006). Additionally, we deny Langston's pending motion to strike USRP's informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED